UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-36-D-3

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| STEFANIE JANELLE SWINTON | ) |

## ORDER GRANTING MOTION TO SEAL

THIS MATTER is before the Court on defendant's motion to file under seal a document entitled Sentencing Memorandum and Motion For A Downward Variance Sentence.

FOR GOOD CAUSE SHOWN, defendant's motion is hereby GRANTED.

SO ORDERED, this the 12 day of September, 2014.

HON. JAMES C. DEVER, III
CHIEF U.S. DISTRICT JUDGE